UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERLINDA CORREA, | No. 2:19-cv-07515-JDE |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS UNDER 28 U.S.C. § 1920 |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $5,800 under 28 U.S.C. § 2412(d) and costs of $400 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: September 16, 2020

JOHN D. EARLY
United States Magistrate Judge